**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Dustin Michael Simko,

Defendant.

No. 25-cr-460 (KMM/JFD)

**ORDER**

---

On July 31, 2026, United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") (Dkt. 42), recommending that Defendant Dustin Michael Simko's Motion to Dismiss the Indictment on the Grounds of Vindictive Prosecution (Dkt. 29) be denied. On September 11, 2026, Mr. Simko filed timely objections to the R&R (Dkt. 51), and the government responded on September 25, 2026 (Dkt. 52).

A district judge reviewing an R&R "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because Mr. Simko filed timely and specific objections, the Court's review is de novo. *United States v. Azure*, 539 F.3d 904, 909–10 (8th Cir. 2008) ("Matters referred to a magistrate judge … must be reviewed de novo by the district court when a party objects to a magistrate judge's findings." (citing *Peretz v. United States*, 501 U.S. 923, 939 (1991))); *see also* 28 U.S.C. § 636(b)(1) (same). Based on that review, the Court agrees with Judge Docherty's conclusion that Mr. Simko has not demonstrated prosecutorial vindictiveness.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Dkt. 42) is **ACCEPTED**.
2. Mr. Simko's Objection to the Report and Recommendation (Dkt. 51) is **OVERRULED**.
3. Mr. Simko's Motion to Dismiss the Indictment on the Grounds of Prosecutorial Vindictiveness (Dkt. 29) is **DENIED**.

Date: **October 21, 2026**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge